UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MEDI-WEIGHTLOSS FRANCHISING USA, LLC,
PHYSICIAN'S HEALTHMANAGEMENT, LLC,
MEDI IP LICENSING, LLC,
and MEDI-WEIGHTLOSS CLINICS, LLC,

CASE NO.: 8:09-cv-02421-SCB-MAP

    Plaintiff,

vs.

DR. KAMEL SADEK, ALLURE MEDI SPA
AND WELLNESS INSTITUTE, LLC,
BIONIC INC., ARIZONA WELLNESS CENTER,
LLC, BRANDY FAIR, and ANDRA FAIR,

    Defendant.
_____/

## MOTION FOR LEAVE TO FILE A RESPONSE IN EXCESS OF TWENTY PAGES TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

The Defendants, Kamel Sadek, M.D. and Medi Spa and Wellness Institute, LLC, by and through the undersigned attorneys, pursuant to Local Rule 3.01(d), hereby moves this Court for entry of an order permitting counsel to file a document in excess of twenty (20) pages in response to Plaintiffs' Motion for Preliminary Injunction and states the following as just grounds:

1. Plaintiffs' filed a Motion for Preliminary Injunction with this court.

2. Pursuant to Local Rule 3.01(b), any responsive document filed may be no longer than twenty (20) pages in its entirety.

3. Pursuant to Local Rule 3.01(d), leave of court may be asked to file a responsive document in excess of twenty (20) pages.

4. The proposed responsive document is forty-six (46) pages in length.

5. The motion and incorporated memorandum of law is nineteen (19) pages in length. The exhibits to the motion are the remaining pages.

6. This is a joint responsive document by the above named defendants to the Plaintiffs' Motion for Preliminary Injunction in which there are different relationships between the two defendants responding and accordingly would require different analysis in the matter.

7. Plaintiffs' counsel was conferred with in regards to this matter pursuant to Local Rule 3.01(g).

8. Plaintiffs counsel has no opposition to this motion with the understanding that Plaintiffs do not waive their objections to a responsive document be filed to their Motion for Preliminary Injunction. Plaintiffs first assert their objection to a response at all, then, if this court permits Defendants to file the responsive document, would not object to this motion for extension to be granted.

WHEREFORE, Defendants respectfully request the Court enter an Order granting this Motion and permitting the filing of a responsive document in excess of twenty (20) pages to Plaintiffs' Motion for Preliminary Injunction.

Respectfully submitted this 29th day of January, 2010.

/s/ Christopher L. Hixson
Christopher L. Hixson, Esq.
Florida Bar No.:41158
Pinkard, Lynch and Robbins, P.A.
Lawyers and Counsellors
2639 Dr. MLK Jr. Street N.
St. Petersburg, FL 33704
Telephone: (727) 822-8696
Facsimile: (727) 471-0616
E-mail: chixson@robbinsequitas.com
Trial Counsel for Defendants, Dr. Kamel Sadek
and Allure Medi Spa and Wellness Institute, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 29, 2010 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Karl J. Brandes, Esq., Phelps Dunbar, LLP, 100 S. Ashley Dr., Suite 1900, Tampa, FL 33602 and to all other Defendants via email at

bkisses4u2@yahoo.com

/s/ Christopher L. Hixson
Christopher L. Hixson, Esq.
Florida Bar No.: 41158