UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MEDI-WEIGHTLOSS FRANCHISING
USA, LLC, et al.,

    Plaintiffs,

v.                                                            Case No.  8:09-cv-2421-T-24MAP

KAMEL SADEK, et al.,

    Defendants,

_____/

## ORDER

This cause comes before the Court on Plaintiffs' Motion to Strike Pro Se Answer of Bionic Inc. and Arizona Wellness Center, LLC.  (Doc. No. 28.)

On January 14, 2010, an "Answer, Affirmative Defenses, and Request for Jury Trail [sic] to Verified Complaint and Demand for Injunctive Relief and Damages" was filed on behalf of individual defendants, Brandy Fair and Andra Fair, as well as on behalf of corporate defendants, Bionic, Inc. and Arizona Wellness Center, LLC.  (Doc. No. 25.)  The pleading was signed and filed *pro se* by Defendants Andra Fair and Brandy Fair.  Local Rule 2.03(e), however, provides that "[a] corporation may appear and be heard only through counsel admitted to practice in the Court."  Therefore, the Answer as filed on behalf of the corporate defendants is in violation of Local Rule 2.03(e).

Accordingly, Plaintiffs's motion to strike is **GRANTED**.  The Clerk is directed to **STRIKE** the "Answer, Affirmative Defenses, and Request for Jury Trail [sic] to Verified Complaint and Demand for Injunctive Relief and Damages" as to Defendants Bionic Inc. and Arizona Wellness Center, LLC.

Defendants Bionic Inc. and Arizona Wellness Center, LLC are directed to obtain counsel, to have counsel file a notice of appearance, to file a response to the Complaint, and to file a response to Plaintiffs' motion for preliminary injunction on or before **Friday, February 19, 2010.** If Defendants fail to comply with this order, the Court will entertain a motion from Plaintiffs for entry of default against these Defendants.

**DONE AND ORDERED** at Tampa, Florida, this 29th day of January, 2010.

SUSAN C. BUCKLEW
United States District Judge

Copies to:

Counsel of Record

Pro se defendants