UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MEDI-WEIGHTLOSS FRANCHISING
USA, LLC, PHYSICIAN'S HEALTH
MANAGEMENT, LLC,
MEDI IP LICENSING, LLC,
and MEDI-WEIGHTLOSS CLINICS, LLC,

       Plaintiffs,

v.                                    Case No. 8:09-cv-2421-T-24-MAP

DR. KAMEL SADEK, ALLURE MEDI
SPA AND WELLNESS INSTITUTE, LLC,
BIONIC, INC., ARIZONA WELLNESS
CENTER, LLC, BRANDY FAIR, and
ANDRA FAIR,

       Defendants.
_____/

## **ORDER**

This cause comes before the Court on Defendants Brandy and Andra Fair's Motion for Extension of Time to Obtain Counsel. (Doc. 63.) Defendants, who have proceeded pro se in this action, now request a thirty-day extension of time to obtain counsel.

Plaintiffs filed suit on November 25, 2009. Brandy and Andra Fair (the Fair Defendants) were served on December 26, 2009, filed their answer on January 14, 2010, and filed a response opposing Plaintiffs' motion for preliminary injunction on February 19, 2010. Magistrate Judge Pizzo held a hearing on the motion for preliminary injunction on March 5, 2010. The Fair Defendants did not appear, nor did they file a motion to excuse their failure to appear. Judge Pizzo issued a Report and Recommendation (Doc. 58) on March 11, 2010, in which he recommended that the Court grant the preliminary injunction.

The Fair Defendants have had four months to obtain counsel in this case and have never done so. Now when the litigation is approaching final resolution – and after the Court has approved consent judgments for two of their co-defendants and has entered default judgments against the other two – the Fair Defendants seek additional time, ostensibly to obtain counsel.

The Court finds that this request will unduly delay proceedings and that the Fair Defendants have already had sufficient time to obtain counsel. The Fair Defendants' motion (Doc. 63) is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 25th day of March, 2010.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
Pro Se Defendants