UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MEDI-WEIGHTLOSS FRANCHISING USA,
LLC, a Florida limited liability company;
PHYSICIAN'S HEALTH MANAGEMENT,
LLC, a Florida limited liability company;
MEDI IP LICENSING, LLC, a Florida limited
Liability company; MEDI-WEIGHTLOSS
CLINICS, LLC, a Florida limited liability
company,**

**Plaintiff,**

**Case No. 8:09-CV-2421-T24-MAP**

**v.**

**DR. KAMEL SADEK, individually; ALLURE
MEDI SPA AND WELLNESS INSTITUTE,
LLC, an Arizona limited liability company;
BIONIC INC, an Arizona corporation;
ARIZONA WELLNESS CENTER, LLC, an
Arizona limited liability company; BRANDY
FAIR, individually; ANDRA FAIR,
individually,**

**Defendants.**

---

**STIPULATED FINAL JUDGMENT AGAINST
BRANDY FAIR AND ANDRA FAIR**

**THIS CAUSE** came before the Court on the parties' Stipulation and Joint Motion

for Entry of Final Judgment Against Brandy Fair and Andra Fair, filed on **Sept. 22** 2010.

The Court, having reviewed the Motion and otherwise being advised on the premises,

finds and orders as follows.

The Court finds that:

1.    On November 25, 2009, Medi-Weightloss Franchising USA, LLC,

Physician's Health Management, LLC, Medi IP Licensing, LLC, and Medi-Weightloss

Clinics, LLC (collectively, "**Plaintiffs**") filed a Verified Complaint and Demand For Injunctive Relief and Damages (Doc. 1) against six Defendants including, Brandy Fair and Andra Fair (collectively, the "**Fair Defendants**")(collectively, Plaintiffs and the Fair Defendants are referred to as the "**Parties**").[2] In the Verified Complaint And Demand For Injunctive Relief And Damages, Plaintiffs brought claims against the Fair Defendants for Breach of the Non Disclosure Agreement (Count I), Breach of Franchise Agreements (Count II), Breach of Settlement Agreement (Count IV), Breach of the Terms of Use Agreement (Count V), Misappropriation of Trade Secrets (Count VI), Common Law Unfair Competition (Count VII), Trademark Infringement in Violation of Lanham Act (Count VIII), Trademark Dilution in Violation of Lanham Act (Count IX), False Designation of Origin in Violation of Lanham (Count X), Tortious Interference (Count XI), and Past Due Fees and Charges (Count XIII).

2.    Also on November 25, 2009, Plaintiffs filed a Motion for Preliminary Injunction and Incorporated Memorandum of Law (Doc. 3) requesting, *inter alia*, that the Court enjoin the Fair Defendants from engaging in certain competitive activities in violation of the Parties' agreements, state statutes, and the common law.

3.    On April 29, 2010, the Court entered an Order granting Plaintiff's Preliminary Injunction (Doc. 70) as set forth in the Magistrate Judge's Report and Recommendation (Doc. 58).

---

[2]    With regards to the other original co-defendants, a Permanent Injunction was entered against Bionic Inc. and Arizona Wellness Center, LLC (Doc. 62), and a Consent Judgment was entered against Dr. Kamel Sadek and Allure Medi Spa and Wellness Institute (Doc. 61).

4. As set forth in the Parties' Stipulation And Joint Motion For Entry Of Stipulated Final Judgment Against Brandy Fair and Andra Fair, the Parties have agreed to entry of this Stipulated Final Judgment.

**IT IS HEREBY ORDERED AND ADJUDGED**

1. Defendants Brandy Fair and Andra Fair are enjoined as follows:

   a. Brandy Fair and Andra Fair, and their agents, servants, employees, attorneys, and any other persons or entities who are in active concert or participation with them, including, but not limited to AWCloss Corporation and A&E Wellness Corporation, shall not operate the Arizona Wellness Center, AWC, AWCloss, A&E Wellness Corporation or any other Competitive Business at or within twenty-five (25) miles from the Avondale Medi Clinic, located at 10320 W. McDowell Road, Bldg. I. #9031, the Bell Medi Clinic located at 4319 W. Bell Road, Suite 8, Phoenix, Arizona, 85053, or any other Medi-Weightloss® Clinics Business in existence as of the date of this Stipulated Final Judgment. A Competitive Business includes, without limitation: any business (other than a Medi-Weightloss Clinics® Business) or facility owning, operating or managing, or granting franchises or licenses to do so, any Clinic or other business or facility that offers physician monitored or non-physician supervised weight loss, weight management, nutritional or health products and services,

any practice management Services or any other product or services
that are the same or similar to the Products and Services (including
Other Services) then offered by Medi-Weightloss Clinics®
Businesses.

b. Brandy Fair and Andra Fair, and their agents, servants, employees,
attorneys, and any other persons or entities who are in active
concert or participation with them, including, but not limited to
AWCloss Corporation and A&E Wellness Corporation, shall not
disclose or publish to any party, or copy or use for such party's
own benefit or for the benefit of any other party, any of the Medi-
Confidential Information. Brandy Fair and Andra Fair, and their
agents, servants, employees, attorneys, and any other persons or
entities who are in active concert or participation with them,
including, but not limited to AWCloss Corporation and A&E
Wellness Corporation, shall not use the Medi-Confidential
Information in any business not associated with a Medi-Weightloss
Clinic®.        Medi-Confidential Information includes, without
limitation:

   i.      knowledge of operating results and
           financial performance for Medi-
           Weightloss   Clinics®   Businesses
           other than those operated by you, the
           Medi-Weightloss Clinics® System,
           and the know-how related to its use;

ii.    plans, specifications, size and physical characteristics of Medi-Weightloss Clinics® Businesses;

iii.    methods in obtaining licensing and meeting regulatory requirements;

iv.    sources and design of equipment, furniture, forms, materials and supplies;

v.    marketing, advertising and promotional programs for Medi-Weightloss Clinics® Businesses;

vi.    staffing and delivery methods and techniques for personal services;

vii.    the selection, testing and training of Managers/Medical Directors and other employees for Medi-Weightloss Clinics® Businesses;

viii.    the recruitment, qualification and investigation methods to secure employment for employment candidates;

ix.    Medi-Weightloss Clinics® Advantage software including all programs, tools, and materials contained therein, such as the proprietary Medi-Weightloss Clinics® Electronic Medical Records software, and knowledge of the information tracked by such software;

x.    all other computer Software made available or recommended for Medi-Weightloss Clinics® Businesses;

xi.    methods, techniques, formats, specifications, procedures, information and systems related to

- 5 -

and knowledge of and experience in the development, operation and franchising of Medi-Weightloss Clinics® Businesses, including but not limited to patient flow estimates, growth patterns, expenses, and pricing modules;

xii.   knowledge of specifications for and suppliers of certain products, materials, supplies, furniture, furnishings and equipment;

xiii.  recipes, formulas, preparation methods and serving techniques for Products and Services;

xiv.   knowledge of operating results and financial performance of Medi-Weightloss Clinics® Businesses;

xv.    information provided through Medi-Weightloss Clinics® Business training, including but not limited to, class presentations and handouts, video and audio presentations, WebNRs, Medi-Alerts, Medi-News, and in the field training;

xvi.   information obtained through Medi-Weightloss Clinics® compliance audits;

xvii.  information contained in the Medi-Weightloss Clinics® Business Manuals (Start Up, Operations, and Physician's Manual);

xviii. knowledge of Medi-Weightloss Clinics® proprietary MIC injection and B6/B12 injection;

xix.   knowledge of the System and the know-how related to its use;

- 6 -

                     xx.      plans, specifications, size and physical characteristics of Medi-Weightloss Clinics® Businesses;

                     xxi      all other computer Software we make available or recommend for Medi-Weightloss Clinics® Businesses;

                     xxii.     Medi-Weightloss Clinics® Patient Package including all forms and sample forms provided by corporate.

      c.      Brandy Fair and Andra Fair, and their agents, servants, employees, attorneys, and any other persons or entities who are in active concert or participation with them, including, but not limited to AWCloss Corporation and A&E Wellness Corporation, shall not use the Medi-Marks, and any signs, slogans, symbols, logos, advertising materials, forms, products and other items bearing the Medi-Marks. Brandy Fair and Andra Fair, and their agents, servants, employees, attorneys, and any other persons or entities who are in active concert or participation with them, including, but not limited to AWCloss Corporation and A&E Wellness Corporation, shall not use the Medi-Marks or other designations or indicia which are likely to cause confusion, mistake, or deception or suggest any affiliation between the them and Plaintiffs. The Medi-Marks include, without limitation:

- 7 -

| Serial | Description of Mark | Principal or Supplemental Register of the United States Patent and Trademark Office | Registration Date |
|---|---|---|---|
| 1. 77,606,851 | MEDI-WEIGHTLOSS CLINICS & DESIGN | Principal Register | June 9, 2009 |
| 2. 3,634,854 | MEDI-WEIGHTLOSS CLINICS & DESIGN | Principal Register | June 9, 2009 |
| 3. 3,617,270 | Whole Lotta Love® (wordmark) | Principal Register | May 5, 2009 |
| 4. 3,326,228 | MEDI-WEIGHTLOSS CLINICS (wordmark) | Principal Register | October, 30 2007 |
| 5. 3,404,655 | MEDI-WEIGHTLOSS CLINICS & DESIGN | Principal Register | April 1, 2008 |
| 6. 3,384,764 | The one that works!® (wordmark) | Principal Register | February 19, 2008 |

       d.      Brandy Fair and Andra Fair, and their agents, servants, employees,

attorneys, and any other persons or entities who are in active concert or

participation with them, including, but not limited to AWCloss Corporation and

- 8 -

A&E Wellness Corporation, shall not use Plaintiffs' trade secrets and confidential business information, including, but not limited to, the Medi-System and the know-how related to its use. The Medi-System includes the proprietary, physician-supervised weight loss, wellness, nutritional and weight management program, which operates using Plaintiffs' intellectual property and proprietary and confidential information.

e. Brandy Fair and Andra Fair, and their agents, servants, employees, attorneys, and any other persons or entities who are in active concert or participation with them, including, but not limited to AWCloss Corporation and A&E Wellness Corporation, shall not operate or do business under any name or in any manner that gives the general public the impression that they are in any way connected with Plaintiffs or that the Fair Defendants have the right to use the Medi-Confidential Information, Medi-Marks, Medi-System.

f. Brandy Fair and Andra Fair, and their agents, servants, employees, attorneys, and any other persons or entities who are in active concert or participation with them, including, but not limited to AWCloss Corporation and A&E Wellness Corporation, shall not compete unfairly with Plaintiffs or any Medi-Weightloss® Clinics Business in any manner whatsoever.

g. Brandy Fair and Andra Fair, and their agents, servants, employees, attorneys, and any other persons or entities who are in active concert or participation with them, including, but not limited to AWCloss Corporation and A&E Wellness Corporation, must refrain from using the webpage:

- 9 -

http://www.awcloss.com, or any of the content that was formerly on the webpage:

http://www.awcloss.com.

2.  Plaintiffs shall recover from Brandy Fair and Andra Fair, jointly and severally, the sum of $28,005.75, plus $114,819.45 in attorneys fees, making a total judgment of $142,825.20, which sum should bear interest at the usual rate for federal court judgments.

**DONE AND ORDERED** in Chambers in Tampa, Florida on **Sept. 24**, 2010.

The Honorable Susan C. Bucklew
U.S. District Court

- 10 -